[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-14157

_____

DAWN WEIHER,

Plaintiff-Appellant,

*versus*

LINCARE PROCUREMENT, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:20-cv-02569-VMC-AEP

_____

Before WILSON, JORDAN, and BRASHER, Circuit Judges.

PER CURIAM:

Dawn Weiher filed a two-count complaint against Lincare Procurement, Inc. (Lincare), her former employer, alleging discrimination and retaliation under the Americans with Disabilities Act (ADA). The district court granted summary judgment to Lincare on both counts, applying the *McDonnell-Douglas*[1] burden-shifting framework to review her attempt to prove intentional discrimination through circumstantial evidence. After careful review of the briefs and the record, and with the benefit of oral argument, we agree with the district court that Weiher failed to identify sufficient evidence in the record for a reasonable jury to find that Lincare's proffered, non-discriminatory reasons for the adverse employment actions she complains of were false or pretextual. And we agree that the record lacks a "convincing mosaic"[2] of discrimination. Accordingly, we affirm the district court's well-reasoned decision.

**AFFIRMED.**

---

[1] *McDonnell Douglas Corp. v. Green*, 411 U.S. 792 (1973).

[2] *See Jenkins v. Nell*, 26 F.4th 1243, 1250 (11th Cir. 2022).